FILED

2015 MAY 19 PM 2: 43

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

7n

DEPUTY

# IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel*. VERONICA GLASER,<br><br>          Plaintiff,<br><br>     v.<br><br>VIBRA HEALTHCARE LLC, VIBRA HOSPITAL OF SAN DIEGO<br><br>          Defendants. | Case No.: 13CV1885-GPC (RBB)<br><br>[PROPOSED] ORDER |

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS ORDERED that,

1. the complaint and first amended complaint be unsealed and served upon the defendants by the relator;

2. all other contents of the Court's file in this action remain under seal and not be made public or served upon the defendants, except for this Order and The

1

Government's Notice of Election to Decline Intervention, which the relator will serve upon the defendants only after service of the complaint;

3.  the seal be lifted as to all other matters occurring in this action after the date of this Order;

4.  the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3).  The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5.  the parties shall serve all notices of appeal upon the United States;

6.  all orders of this Court shall be sent to the United States; and that

7.  should the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

 IT IS SO ORDERED.

Dated:  05/19/15

HON. GONZALO P. CURIEL
United States District Judge

cc:  Counsel for the United States
Counsel for Relator